UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| VICTOR JACKSON,<br>Institutional ID No. 03334170<br><br>Plaintiff,<br><br>v.<br><br>DAVID BOWERS, *et al.*,<br><br>Defendant. | No. 5:25-CV-00015-H |

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this civil-rights complaint is dismissed without prejudice for want of prosecution.

Dated April 2, 2025.

_____
JAMES WESLEY HENDRIX
United States District Judge